# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| CHRIS MORGAN, Individually and on Behalf of All Others Similarly Situated, | Civil Action: 3:17-cv-00023-NKM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| EMERCHANTBROKER.COM, LLC; and FIRST AMERICAN MERCHANT SERVICES, LLC | JUDGE: NORMAN K. MOON |
| Defendant. | |

   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to putative Class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 4, 2017 for filing a Request for Dismissal.

Date: June 7, 2017

                                        Respectfully submitted,

                                        **HYDE & SWIGART**

                                        By: s/ Yana A. Hart
                                             YANA A. HART, ESQ.
                                             ATTORNEY FOR PLAINTIFF

1

2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
yana@westcoastlitigation.com
*Pro Hac Vice Motion To Be Filed*


Additional Counsel for Plaintiff
Dale W. Pttman, Esq. (VSB: 15673)
**THE LAW OFFICE OF DALE W. PITTMAN**
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone: (804) 861-6000
Facsimile: (804) 8610-3368


Abbas Kazerounian (CA Bar No. 249203)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ak@kazlg.com
*Appearing Pro Hac Vice*


Craig Lebowitz, Esq. (MA Bar No. 554995)
**LEBOWITZ LAW GROUP**
25 Wade St.
Brighton, MA, 02135
Telephone: 617-208-4611
Facsimile: 888-210-7044
craig@lebowitzlawgroup.com
*Appearing Pro Hac Vice*