CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

07/24/2017

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHRIS MORGAN,<br><br>*Plaintiff*,<br><br>v.<br><br>EMERCHANTBROKER.COM, LLC & FIRST AMERICAN MERCHANT SERVICES, LLC,<br><br>*Defendants.* | CASE NO. 3:17-cv-00023<br><br><u>ORDER</u><br><br>JUDGE NORMAN K. MOON |

Upon filing of Plaintiff's notice of settlement and notice of voluntary dismissal (dkts. 22, 24), and it appearing there exists good cause to do so, this case is hereby **DISMISSED**. Dismissal is with prejudice to the individual claims of the named plaintiff, and without prejudice to the claims of the putative class, which has not been certified.

The Clerk is directed to send a copy of this Order to Plaintiff's counsel.

Entered this 24th day of July, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE